# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| RONNIE NEIL PENLEY, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 5:14-CV-00012-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| CYNTHIA THORNTON, | ) | |
| Administrator, Harnett Correctional | ) | |
| Institution, | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court by Petition and Motions and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 5, 2014, Order.

February 5, 2014

Frank G. Johns, Clerk
United States District Court